**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

In re:  **SEYEDMOHAMMADALI ZAHRAEI,**           Case No. **21-33378-KRH**
Debtor.                                         **Chapter 13**

### ORDER OF DISMISSAL

The Court held a hearing in the above-captioned bankruptcy case on September 21, 2022.

For the reasons stated on the record in open court, it is hereby

**ORDERED** that the above-captioned case be **DISMISSED**; and it is further

**ORDERED** that any payments received by the Chapter 13 Trustee after the date of entry

of this order shall be remitted to the debtor at his address of record within thirty (30) days of

receipt. If the debtor has been making payments by payroll deduction, the employer shall cease

any payroll deductions for the benefit of the Chapter 13 Trustee; and it is further

**ORDERED** that the dismissal of this case revests the property of the estate in the entity in

which such property was vested immediately before the commencement of the case.  The trustee

need not file a final report in this case unless property or money was administered.

Dated:    September 23, 2022              /s/ Kevin R. Huennekens
                                          UNITED STATES BANKRUPTCY JUDGE

                                          Entered on Docket: September 27, 2022

**Copies to all creditors and parties-in-interest**